BENDERSON PROPERTIES, INC., Appellant, v WYNIT, INC., Respondent. [963 NYS2d 909]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered July 5, 2012. The order denied plaintiff's motion for a protective order.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 21, 2013, and filed in the Erie County Clerk's Office on February 12, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

 In the Matter of BRENDA BENJAMIN, Appellant, v LEONARD F. EDDY, SR., Respondent. [964 NYS2d 55]—Appeal from an order of the Family Court, Lewis County (Charles C. Merrell, J.), entered May 15, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

 VITRAN EXPRESS, INC., Doing Business as PJAX FREIGHT SYSTEM, Appellant, v F&W TRANSPORT SERVICES, INC., Respondent. [963 NYS2d 910]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered July 15, 2011. The order granted the motion of defendant to vacate a default judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 26, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.